1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  VALERIE K. BRENNAN (CA Bar No. 248148)
   vbrennan@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel:  (714) 852-6800
   Fax: (714) 852-6899

7

8  Attorneys for Defendants
   MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC. and
9  EMC MORTGAGE CORPORATION

# UNITED STATES DISTRICT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA YULAEVA | **CASE NO. 09-cv-01504-LKK-KJM** |
| Plaintiff, | **(JURY TRIAL REQUESTED)** |
| v. | **HONORABLE LAWRENCE K. KARLTON** |
| GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive, | **STIPULATION TO POSTPONE THE STATUS CONFERENCE; AND ORDER THEREON** |
| Defendants. | |
| | **ACTION FILED:**     April 20, 2009 |

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendants Mortgage Electronic Registration Systems, Inc. and EMC Mortgage Corporation (collectively, "Defendants") and plaintiff Elena Yulaeva ("Plaintiff"), through their respective counsel, have met and conferred through exchanges of e-mails regarding the above case. The parties seek postponement of the Status Conference because the case is not yet at issue and thus, discovery and other deadlines may be premature. On August 3, 2009, Defendants' Motion to Dismiss was heard, and the Court took the Motion under submission. Thus, the parties are uncertain what claims are at issue at this time. In addition, the parties agree to initiate loan modification discussions. The postponement would allow the parties to better prepare for the Status Conference and incidentally would also allow the parties to minimize attorney's fees and costs in this matter.

By and through their respective counsel, the parties agree and stipulate as follows:

1. The Status Conference, currently set for August 24, 2009 at 10:30 a.m. in Courtroom 4, be postponed to October 19, 2009 at 11:00 a.m. in Courtroom 4.

DATED: August 19, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
    JOHN M. SORICH
    S. CHRISTOPHER YOO
    VALERIE K. BRENNAN
    Attorneys for Defendants
    MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC. and EMC MORTGAGE
    CORPORATION

DATED: August 19, 2009

By: /s/ Oxana Kozlov
    OXANA KOZLOV, ESQ.
    Attorney for Plaintiff
    ELENA YULAEVA

1089712.1

PDF created with pdfFactory trial version www.pdffactory.com

**GOOD CAUSE APPEARING:**

1. The Stipulation to Postpone the Status Conference is approved.

2. Because this action is not at issue, and the Court has not yet ruled on the Motion to Dismiss of defendants Mortgage Electronic Registration Systems, Inc. and EMC Mortgage Corporation, the Status Conference, currently set for August 24, 2009 at 10:30 a.m. in Courtroom 4, be postponed to October 19, 2009 at 11:00 a.m. in Courtroom 4.

DATED: August 19, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1089712.1

PDF created with pdfFactory trial version www.pdffactory.com