1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  VALERIE K. BRENNAN (CA Bar No. 248148)
   vbrennan@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel:  (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC. and
9  EMC MORTGAGE CORPORATION

10
                    **UNITED STATES DISTRICT**
11
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13
   ELENA YULAEVA                              **CASE NO. 09-cv-01504-LKK-KJM**
14
              Plaintiff,                      **(JURY TRIAL REQUESTED)**
15
   v.                                         **HONORABLE LAWRENCE K.**
16                                            **KARLTON**
   GREENPOINT MORTGAGE FUNDING, INC.;
17 MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.; EMC MORTGAGE            **ORDER RE: STIPULATION TO**
18 CORPORATION; and DOES 1 through 10,    **POSTPONE THE STATUS**
   inclusive,                             **CONFERENCE**
19
              Defendants.
20
                                              **ACTION FILED:**     April 20, 2009
21

22

23

24

25

26 ///

27 ///

28 ///

                                      1
   [PROPOSED] ORDER RE: STIPULATION TO POSTPONE THE STATUS CONFERENCE
   1096578.1

**GOOD CAUSE APPEARING:**

1. The Stipulation to Postpone the Status Conference is approved.

2. Because this action is not at issue, and the Court has not yet ruled on the Motion to Dismiss of defendants Mortgage Electronic Registration Systems, Inc. and EMC Mortgage Corporation, the Status Conference, currently set for October 19, 2009 at 10:30 a.m. in Courtroom 4, be postponed to December 28, 2009 at 10:00 a.m. Status reports shall be filed ten (10) days prior to the new status conference date.

DATED:   October 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Elena Yulaeva v. Greenpoint, et al.*
USDC Case No. 09-cv-01504-LKK-KJM

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On October 14, 2009, I served the foregoing document described as **[PROPOSED] ORDER RE: STIPULATION TO POSTPONE THE STATUS CONFERENCE** on the interested parties in this action.

- ý    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

    **SEE ATTACHED SERVICE LIST**

- ý    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    **BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

- ¨    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

- ¨    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

- ¨    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

- ¨    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

- ý    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 14, 2009, at Santa Ana, California.

Michelle E. Ault

PDF created with pdfFactory trial version www.pdffactory.com

# SERVICE LIST

*Elena Yulaeva v. Greenpoint, et al.*
USDC Case No. **09-cv-01504-LKK-KJM**

| | |
|---|---|
| Oxana Kozlov, Esq.<br>649 Dunholme Way<br>Sunnyvale, CA 94087 | (650) 814-7708-telephone |
| | **Attorney for plaintiff, Elena Yulaeva** |

[PROPOSED] ORDER RE: STIPULATION TO POSTPONE THE STATUS CONFERENCE

1096578.1

PDF created with pdfFactory trial version www.pdffactory.com