UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

        Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
EMC MORTGAGE CORPORATION; and
DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-09-1504 LKK/KJM

O R D E R

Pending before the court are two motions to dismiss in the above-captioned matter. Defendants Mortgage Electronic Registration Systems (MERS) and EMC Mortgage Corp. filed a motion noticed for hearing on December 7, 2009. (Doc. No. 18). Defendant Greenpoint Mortgage Funding, Inc., subsequently filed a motion noticed for hearing on December 21, 2009. (Doc. No. 20). It appears that judicial economy would be served by hearing these motions together. Accordingly, the court CONTINUES the hearing on the earlier motion to dismiss (Doc. No. 18) to December 21, 2009, at 10:00 a.m.

Plaintiff has already filed her opposition to this motion. The deadline for defendants to file a reply brief, if any, remains November 30, 2009.

IT IS SO ORDERED.

DATED: November 25, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT