```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,
                                    NO. CIV. S-09-1504 LKK/KJM
          Plaintiff,

     v.
                                         O R D E R
GREENPOINT MORTGAGE FUNDING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
EMC MORTGAGE CORPORATION; and
DOES 1 through 10, inclusive,

          Defendants.
                                     /
```

Pending before the court in the above-captioned case are two motions to dismiss (Doc. Nos. 18, 20). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motions currently set for December 21, 2009 is VACATED. The deadline for submission of defendant Greenpoint Mortgage Funding, Inc.'s reply memorandum, if any, remains unchanged.

IT IS SO ORDERED.

DATED: December 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT