UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

                                    NO. CIV. S-09-1504 LKK/KJM

    Plaintiff,

  v.

                                     O R D E R

GREENPOINT MORTGAGE FUNDING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
EMC MORTGAGE CORPORATION; and
DOES 1 through 10, inclusive,

    Defendants.
_____/

    This case is currently scheduled for a status conference on Monday, December 28, 2009 at 10:00 a.m. All parties' status reports indicate that it is premature to schedule discovery and other motion deadlines until some time after the pleadings have been finalized. Accordingly, the court VACATES the status conference. The conference will be rescheduled after the court rules on the pending motions to dismiss.

    IT IS SO ORDERED.

    DATED: December 23, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1