RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807
Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810
Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA YULAEVA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:09-cv-01504-LKK-KJM<br><br>SUBSTITUTION OF ATTORNEY FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. |

　　　　THE COURT AND ALL PARTIES ARE NOTIFIED THAT defendant GreenPoint Mortgage Funding, Inc. ("GPM") makes the following substitution of attorneys:

　　　　1.　　Ronald M. Arlas, Esq. of ARLAS & SMITHTON and Edward R. Buell III of GreenPoint Mortgage Funding, Inc. hereby are substituted out as counsel of record for GPM.

///

PDF created with pdfFactory trial version www.pdffactory.com

2. GPM hereby substitutes in as counsel Record:

>Sunny S. Huo, Esq. (State Bar No. 181071)
>SEVERSON & WERSON
>A Professional Corporation
>One Embarcadero Center, Suite 2600
>San Francisco, CA 94111
>Telephone: (415) 398-3344
>Facsimile: (415) 956-0439

3. GPM and each of the attorneys listed above consent to this substitution.

Consent of GPM

DATED: March 11, 2010          By: /s/
                                   Irene Gilbert
                                   SVP, Chief Counsel of GPM

Consent of Former Attorneys

DATED: March 15, 2010          By:      /s/
                                   Ronald M. Arlas, Esq.


DATED: March 15, 2010          By:      /s/
                                   Edward R. Buell III, Esq.

Consent of New Attorney

DATED: March 15, 2010          By:      /s/
                                   Sunny S. Huo


IT IS SO ORDERED.

DATED: March 17, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com