UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

        Plaintiff,

   v.

GREENPOINT MORTGAGE FUNDING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
EMC MORTGAGE CORPORATION; and
DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-09-1504 LKK/KJM

O R D E R

    Defendant Greenpoint Mortgage Funding, Inc., has moved to dismiss plaintiff's second amended complaint. This motion (Dkt. No. 40) was noticed for hearing for August 30, 2010 (Dkt. Nos. 41-42). Counsel for defendant Greenpoint appeared but counsel for plaintiff did not.

    Accordingly, the court orders as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order why sanctions should not issue in the above-

1

1      captioned case in the amount of One Hundred Fifty
2      Dollars ($150), as permitted by E.D. Cal. Local Rule
3      110.
4   2. Defendant Greenpoint's motion to dismiss (Dkt. No. 40),
5      is SUBMITTED.
6   IT IS SO ORDERED.
7   DATED: September 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT