UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

           Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,

           Defendants.

NO. CIV. S-09-1504 LKK/KJM

O R D E R

/

On September 14, 2010, the court ordered counsel for plaintiff to show cause why sanctions in the amount of $150 should not issue for plaintiff's counsel's failure to appear at the hearing held on September 14, 2010 concerning a motion to dismiss. See ECF No. 52. Counsel responded to the order to show cause later that day. See ECF No. 53. Counsel's argument is that she was out of the country on June 18, 2010, when defendant re-noticed its motion to dismiss. Counsel provides no argument as to why she did not review the re-notice of motion upon her return to the United States.

1

1  No good cause shown, the court hereby ORDERS that counsel for
2 plaintiff is SANCTIONED in the amount of one hundred and fifty
3 ($150.00) dollars. This sum shall be paid to the Clerk of the Court
4 no later than thirty (30) days from the date of this order. Counsel
5 shall file an affidavit accompanying the payment of this sanction
6 which states that it is paid personally by counsel, out of personal
7 funds, and is not and will not be billed, directly or indirectly,
8 to the client or in any way made the responsibility of the client
9 as attorneys' fees or costs.
10  IT IS SO ORDERED.
11  DATED:  September 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2