UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

        Plaintiff,

   v.

GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,

        Defendants.

_____/

NO. CIV. S-09-1504 LKK/KJM

O R D E R

This case concerns Plaintiff's defense of a foreclosure action initiated against her.

On November 15, 2011, the parties submitted a joint status report stating that the parties are "seeking a temporary 90 day stay of this action to allow Defendant EMC to process Plaintiff's most recent short sale offer" and that "[t]he parties believe that this will result in settlement of the lawsuit." Joint Status, ECF No. 69, at 3.

////

1

Accordingly, the court ORDERS as follows:

[1]  The action is STAYED for 90 days.

[2]  A further status conference is SET for March 12, 2012, at 2:30 P.M.

[3]  The parties SHALL file updated status reports no later than fourteen (14) days prior to that status conference.

IT IS SO ORDERED.

DATED:  December 6, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT