UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELENA YULAEVA,

        NO. CIV. S-09-1504 LKK/CKD

    Plaintiff,

   v.

        O R D E R

GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,

    Defendants.
_____/

    A status conference was held in chambers on March 12, 2012. After hearing, the court orders as follows:

    1.   A further status conference is set for April 30, 2012 at 3:00 p.m.

    2.   The parties shall file updated status reports no later than 14 days prior to the status conference.

    IT IS SO ORDERED.

    DATED: March 13, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1