UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELENA YULAEVA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  2:09-cv-01504 LKK-KJM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

Plaintiff ELENA YULAEVA and Defendant GREENPOINT MORTGAGE FUNDING, INC., have entered into a written Confidential Settlement Agreement.  Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby jointly and mutually stipulate to the dismissal of this entire action with prejudice.  The Parties further hereby stipulate and agree that, notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

So Stipulated:

Date: April 16, 2012            By    /s/ *Oxana Kozlov*
                                      Oxana Kozlov, Esq.
                                      Counsel for Plaintiff Elena Yulaeva

Date: April 16, 2012            SEVERSON & WERSON

                                By     /s/ Edward R. Buell, III
                                       Edward R. Buell III, Esq.
                                       Counsel for Defendant
                                       GreenPoint Mortgage Funding, Inc.

So Ordered:

Dated:  April 18, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

15314/0107/2155104.1                STIPULATION AND [PROPOSED] ORDER OF
                                    DISMISSAL OF ACTION  WITH PREJUDICE
                                    Case No. 2:09-cv-01504 LKK-KJM: