UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELENA YULAEVA,<br><br>      Plaintiff,<br><br>   vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EMC MORTGAGE CORPORATION; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:09-cv-01504 LKK-KJM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

15314/0107/2155104.1

3158225.1 -- AL109.E099

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL OF ACTION WITH PREJUDICE
Case No. 2:09-cv-01504 LKK-KJM:

Plaintiff ELENA YULAEVA and defendants EMC Mortgage LLC, formerly known as EMC Mortgage Corporation ("EMC"), and Mortgage Electronic Registration Systems, Inc. ("MERS") have entered into a written Confidential Settlement Agreement.  Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby jointly and mutually stipulate to the dismissal of this entire action with prejudice as to EMC and MERS. The Parties further hereby stipulate and agree that, notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

So Stipulated:

Date: April 16, 2012                     By     /s/ *Oxana Kozlov*
                                                Oxana Kozlov, Esq.
                                                Counsel for Plaintiff Elena Yulaeva

Date:  April 18, 2012                    ALVARADO SMITH
                                         A Professional Corporation


                                         By:   /s/ S. Christopher Yoo
                                                JOHN M. SORICH
                                                S. CHRISTOPHER YOO
                                                Attorneys for Defendants
                                                EMC MORTGAGE LLC, formerly known as
                                                EMC MORTGAGE CORPORATION and
                                                MORTGAGE ELECTRONIC
                                                REGISTRATION SYSTEMS, INC.


So Ordered:

Dated:  April 18, 2012.


                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

- 2 -

15314/0107/2155104.1                     STIPULATION AND [PROPOSED] ORDER OF
                                         DISMISSAL OF ACTION  WITH PREJUDICE
                                         Case No. CV-09-3858 SC:
3158225.1 -- AL109.E099